**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**DANNY GENE KIRBY,**

***Defendant.***

**Case No. CR-23-26-JFH**

**UNITED STATES' UNOPPOSED MOTION TO DISMISS**

Comes now the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Lewis M. Reagan for the Eastern District of Oklahoma, and hereby moves to dismiss the Indictment filed against the Defendant in the above-styled case. In support of its motion, the United States submits the following:

1. The United States has communicated with defense counsel by email regarding this request; it is unopposed.
2. On February 15, 2023, Defendant was named in a single count Indictment charging him with Involuntary Manslaughter in violation of 18 U.S.C. §§ 1112, 1151, and 1153.
3. On June 28, 2023, after a three-day jury trial, Defendant was found guilty (Doc. 95).
4. On July 29, 2024, Defendant was sentenced to forty-one months imprisonment followed by three years of supervised release (Doc. 106). An appeal to the Tenth Circuit Court of Appeals followed.
5. On December 16, 2025, the Tenth Circuit Court of Appeals vacated the conviction and remanded the matter to this Court for a new trial (Appellate Case 24-7070, Doc. 67).
6. Trial is scheduled for October 5, 2026.

7. Defendant is not in custody.

8. On July 27, 2026, Muscogee (Creek) Nation charged Defendant with Felony-Homicide – Title 14 § 2-301 – arising from the same incident as charged in the Indictment.

9. The United States moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Indictment as further prosecution by the United States is deemed unwarranted

Wherefore, the United States of America respectfully requests the Court to dismiss the Indictment.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

*s/ Lewis M. Reagan*
LEWIS M. REAGAN
PA Bar # 86978
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
Lewis.Reagan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

John Campbell, Attorney for the Defendant

*s/ Lewis M. Reagan*
LEWIS M. REAGAN
Office of the United States Attorney